1
2
3                                                          JS-6
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA
11   WILLIAM GREEN,
12              Petitioner                Case No. CV 21-01456-DMG (GJS)
13        v.                              **JUDGMENT**
14   W.Z. JENKINS II, WARDEN,
15              Respondent.
16
17
18        Pursuant to the Court's Order Dismissing Petition Without Prejudice,
19
20        IT IS ADJUDGED that the above-captioned case is dismissed without
21   prejudice.
22
23   DATED:  February 24, 2021
24
25                                        DOLLY M. GEE
26                                        UNITED STATES DISTRICT JUDGE
27
28